E-filing
10/24/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JULIO SANDOVAL, G44696,

Plaintiff(s).

No. C 12-5312 CRB (PR)

ORDER OF TRANSFER

(Docket # 2)

Plaintiff, a prisoner at Kern Valley State Prison (KVSP), has filed a pro se complaint under 42 U.S.C. § 1983 alleging denial of access to the law library. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the pertinent defendants reside, in the County of Kern, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Oct. 19, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Sandoval, J.12-5312.transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JULIO SANDOVAL,

    Plaintiff,

v.

IN RE JULIO SANDOVAL et al,

    Defendant.

Case Number: CV12-05312 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio Sandoval G44696
K.V.S.P.
ASU#1-184
P.O. Box 5107
Delano, CA 93216

Dated: October 24, 2012

                                          Richard W. Wieking, Clerk

                                          By: Barbara Espinoza, Deputy Clerk